Filed 7-30-08

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

INTEGRATED SOLUTIONS, INC.,
    Plaintiff,

-vs-                                                  Case No.  A-07-CA-607-SS

GLOBAL DATA SYSTEMS, INC.,
    Defendant.

## VERDICT FORM

We, the jury, unanimously answer the following questions:

### Question One

Do you find, by a preponderance of the evidence, that Defendant Global Data Systems, Inc., breached the terms of the Letter of Intent on or after September 8, 2006?

Answer Yes or No.  __No__

If you answer Question One "Yes," continue to Question Two. Otherwise, answer no further questions.

## Question Two

What sum of money, if paid now in cash, would compensate Integrated Solutions, Inc., for its damages, if any, proximately caused by Global Data Systems, Inc.'s actions?

Answer in dollars and cents, if any.   $_____

Answer no further questions.

Submitted the  30  day of July 2008, at ____ o'clock _. m.

_____
PRESIDING JUROR