IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

INTEGRATED SOLUTIONS, INC.,
          Plaintiff,

-vs-                                            Case No. A-07-CA-607-SS

GLOBAL DATA SYSTEMS, INC., et al.,
          Defendants.

## JUDGMENT

BE IT REMEMBERED on July 28, 2008, the above-styled cause was called for trial and the plaintiff Integrated Solutions, Inc. appeared by and through its authorized representative and counsel of record, and the defendant Global Data Systems, Inc. appeared by and through its authorized representative and counsel of record, and the parties announced ready for trial, and a jury composed of seven duly and legally qualified jurors having been impaneled, and the case proceeded to trial until the 30th day of July 2008, when the plaintiff rested its case and the defendant filed a motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure, and the Court GRANTED said motion in part and carried the motion in part and the case proceeded to trial and on the 30th day of July 2008, the defendant rested its case and all parties closed and the case was submitted to the jury which returned its verdict answering Question No. 1 "No," and it appearing from the pleadings, evidence, verdict of the jury, as well as this Court's determination on Rule 50 that the following judgment should be entered:

      IT IS ORDERED, ADJUDGED, and DECREED that Integrated Solutions, Inc. do have and take nothing in this cause against Global Data Systems, Inc. and Global Data

-2-

Systems, Inc. shall go hence with its costs, for which let execution issue against Integrated Solutions, Inc.

SIGNED this the _1st_ day of August 2008.

_____
UNITED STATES DISTRICT JUDGE